**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARIA SANTIAGO

    Plaintiff,

v.

                                  CASE NO.: 8:18-cv-00579-EAK-TGW

DIRECT RECOVERY SERVICES, LLC,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** MARIA SANTIAGO, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, MARIA SANTIAGO, and Defendant, DIRECT RECOVERY SERVICES, LLC., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. The settlement proceeds are being paid in installments with the final payment due on October 31, 2018. Upon receipt of the final installment, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 24th day of May, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                          Respectfully submitted,

                                      */s/Heather H. Jones*
                                      Heather H. Jones, Esq.
                                      Florida Bar No. 0118974
                                      William "Billy" Peerce Howard, Esq.
                                      Florida Bar No. 0103330
                                      THE CONSUMER PROTECTION FIRM, PLLC
                                      4030 Henderson Blvd.
                                      Tampa, FL  33629
                                      Telephone: (813) 500-1500, ext. 205
                                      Facsimile: (813) 435-2369
                                      Heather@TheConsumerProtectionFirm.com
                                      Billy@TheConsumerProtectionFirm.com
                                      *Attorney for Plaintiff*